# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1024. PAMELA MCKETHAN v. GSLS GA, LLC.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Pamela McKethan appealed to the superior court, which entered a writ of possession in favor of the plaintiff. McKethan then filed this direct appeal. The plaintiff-appellee has filed a motion to dismiss, arguing that the trial court's order is not directly appealable. We agree.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, McKethan was required to follow the discretionary appeal procedure to obtain review of the superior court's order. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to follow this procedure deprives us of jurisdiction to consider this direct appeal. Accordingly, the motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/23/2021*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* *Stephen E. Castlen*